IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCILLE SEAGO | : | |
| | : | |
| | : | CIVIL ACTION NO. 02-CV-3873 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____        _____
Hope S. Freiwald                                              Aline Fairweather


_____        _____
Alison T. Conn                                                  Kirstin J. Miller


Dated: July _____, 2002   DECHERT PRICE & RHOADS
                   4000 Bell Atlantic Tower
                   1717 Arch Street
                   Philadelphia, PA  19103-2793
                   (215) 994-4000